# IN THE UNITED STATES DISTRICT COURT
## FOR THE __Northern__ DIVISION OF TEXAS
## __Amarillo__ DIVISION

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FILED**
**JUL - 2 2004**
**CLERK, U.S. DISTRICT COURT**
By _____ Deputy

__Orlando Javier Perez #756730__
Plaintiff's name and ID Number

__Clements Unit, 9601 Spur 591, Amarillo, Tx. 79107__
Place of Confinement

CASE NO. __2:04-CV-140__
(Clerk will assign the number)

V.

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**

__Douglas Dretke, TDCJ-ID Diredtor, &P.O. Box 99__
Defendant's name and address      __Huntsville, Tx. 77342__

I, __Orlando Perez__, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

    a. Business, profession or from self-employment?  Yes ☐  No ☒
    b. Rent payments, interest or dividends?  Yes ☐  No ☒
    c. Pensions, annuities or life insurance payments?  Yes ☐  No ☒
    d. Gifts or inheritances?  Yes ☐  No ☒
    e. Family or friends?  Yes ☒  No ☐
    f. Any other sources?  Yes ☐  No ☒

    If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

    __See Attach History of my Trust Account.__

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
    Yes ☒    No ☐

    If you answered YES to any of the questions above, state the total value of the items owned.

    __See Attach History of my Trust Account.__

1                              ATCIFP - FRONT (REV. 3/01)

3. Do you own real estate, stocks, bonds, note, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

Yes ☐   No ☒

If you answered YES, describe the property and state its approximate value.

_____
_____

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Signed this the __14th__ day of __June__, 20 __04__.

_Orlando Perez_ #756730
Signature of Plaintiff            ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

```
CSINIB02/CINIB02      TEXAS DEPARTMENT OF CRIMINAL JUSTICE           06/26/04
BC52/MER6961             IN-FORMA-PAUPERIS DATA                      07:16:51
TDCJ#: 00756730 SID#: 04669758 LOCATION: BILL CLEMENTS    INDIGENT DTE: 00/00/00
NAME: PEREZ,ORLANDO JAVIER              BEGINNING PERIOD: 12/01/03
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:        98.01 TOT HOLD AMT:        0.00 3MTH TOT DEP:       180.00
6MTH DEP:          395.00 6MTH AVG BAL:      116.48 6MTH AVG DEP:        65.83
MONTH HIGHEST BALANCE TOTAL DEPOSITS   MONTH HIGHEST BALANCE TOTAL DEPOSITS
05/04     126.66          50.00        02/04     114.83          70.00
04/04     165.85          70.00        01/04     150.05          75.00
03/04     164.48          60.00        12/03     211.61          70.00
PROCESS DATE    HOLD AMOUNT     HOLD DESCRIPTION
```

2:04-CV-140

STATE OF TEXAS COUNTY OF POTTER
ON THIS THE 26 DAY OF June, 04, I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____



MICHAEL W. ERWIN
NOTARY PUBLIC,
STATE OF TEXAS
My Commission Expires 01-30-2008
NOTARY WITHOUT BOND

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL - 2 2004
CLERK, U.S. DISTRICT COURT
By _____
        Deputy