3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# - BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED

JUL 1 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ORLANDO JAVIER PEREZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-114 |
| | § | |
| DOUGLAS DRETKE, DIRECTOR, TEXAS | § | |
| DEPARTMENT OF CRIMINAL JUSTICE, | § | |
| CORRECTIONAL INSTITUTIONS | § | |
| DIVISION | § | |

## ORDER

Petitioner, Orlando Javier Perez, has filed a Petition for Writ of Habeas Corpus pursuant to

Title 28, U.S.C. § 2254. Petitioner will be allowed to proceed in Forma Pauperis. The State of Texas

is hereby ordered to file a response by October 20, 2004.

DONE at Brownsville, Texas, this 12th day of July, 2004.

John Wm. Black
United States Magistrate Judge