# EXHIBIT A







**TJ Online Home**

**Using This Site**

**Contacting Us**

 **Case Search Results on Case # 13-97-00095-CR**          CaseMail

# Case Information:

| | |
|---|---|
| **Case Number:** | 13-97-00095-CR |
| **Date Filed:** | 2/18/1997 |
| **Style:** | Perez, Orlando Javier |
| **v.:** | The State of Texas |
| **Original Proceeding:** | No |
| **Transferred From:** | |
| **Transfer In Date:** | |
| **Transfer Case No:** | |
| **Transferred To:** | |
| **Transfer Out Date:** | |

# Trial Court Information:

| | |
|---|---|
| **Trial Court:** | 103rd District Court |
| **Trial Court Judge:** | Judge Menton Murray, Jr. |
| **Trial Court Case #:** | 96-CR-521-D |
| **Trial Court Reporter:** | Saenz, Sue |
| **Punishment:** | 15 yrs TDC |

# Parties:

| | Party | Party Type |
|---|---|---|
| | Perez, Orlando Javier | Appellant |
| | The State of Texas | Criminal - State of Texas |

# Case Events:

| Date | Event Type | Description |
|---|---|---|
| 2/18/1997 | Notice of Appeal Filed | Appellant |
| 2/18/1997 | Created for Data Conversion -- an event inserted to correspond to the beginning of a process | |
| 3/17/1997 | Transcript Filed | |
| 3/25/1997 12:01:00 AM | Mot-Ext. to File Stat of Facts | Appellant |
| 4/3/1997 12:01:00 AM | Mot for Ext Stat of Facts Disp | Appellant |
| 5/19/1997 | Statement of Facts Number of Pages in Remarks | |

| Date | Event | Party |
|---|---|---|
| 5/19/1997 | Statement of Facts Filed | |
| 6/23/1997 12:02:00 AM | Mot. for Ext. to File Brief | Appellant |
| 7/3/1997 12:02:00 AM | Mot. for Ext. File Brief Disp. | Appellant |
| 8/26/1997 | 10 day letter sent | Appellant |
| 8/29/1997 12:03:00 AM | Mot. for Ext. to File Brief | Appellant |
| 9/4/1997 12:03:00 AM | Mot. for Ext. File Brief Disp. | Appellant |
| 10/27/1997 12:04:00 AM | Mot. for Ext. to File Brief | Appellant |
| 11/6/1997 | Order Entered | |
| 11/6/1997 12:04:00 AM | Mot. for Ext. File Brief Disp. | Appellant |
| 11/12/1997 | Green card in | Appellant |
| 11/18/1997 | Response to _____. | Appellant |
| 11/19/1997 | Brief Filed | Appellant |
| 11/19/1997 | Oral argument requested | Appellant |
| 11/19/1997 | At Issue | |
| 11/19/1997 | Additional copies of response | Appellant |
| 11/20/1997 | Additional Copies of Brief | Appellant |
| 12/2/1997 | Supplemental Brief Filed | Appellant |
| 12/2/1997 | Supplemental brief received | Appellant |
| 12/10/1997 12:05:00 AM | Motion for leave to file SUPP. BRIEF | Appellant |
| 12/15/1997 12:06:00 AM | Mot. for Ext. to File Brief | State |
| 12/18/1997 12:05:00 AM | Motion for leave to file Supp. Brief DISPOSED | Appellant |
| 12/30/1997 12:06:00 AM | Mot. for Ext. File Brief Disp. | State |
| 1/6/1998 | Entry of Judge Selection for Case. | |
| 1/6/1998 | Submission | |
| 1/20/1998 | Brief Filed | State |
| 1/20/1998 | No oral argument requested | State |
| 2/18/1998 | Submission | |
| 2/18/1998 | Submitted | |
| 2/18/1998 12:07:00 AM | Motion to Supplement | Appellant |
| 2/19/1998 12:07:00 AM | Motion to Supplement Disposed | Appellant |
| 3/4/1998 | Supplemental statement of pages filed | |
| 3/4/1998 | Supplemental Statement of Facts Filed | |
| 7/16/1998 | Opinion Issued | |
| 8/19/1998 | Petition for Review - CR - | State |
| 8/21/1998 | Letter filed | State |
| 8/25/1998 | Petition for Discretionary Review Filed | State |
| 8/26/1998 | Affidavit Filed | State |

| | Date | Description | Party |
|---|---|---|---|
| 📧 | 9/2/1998 | Petition for Discretionary Review Sent to S.Ct. | State |
| 📧 | 9/4/1998 | Court of Crim. Appeals Number | State |
| 📧 | 10/9/1998 | Cite for opinions | |
| 📧 | 12/2/1998 | Higher Court Decision | State Prosecuting Attorney |
| 📧 | 12/2/1998 | Higher Court Decision | State |
| 📧 | 1/4/1999 | Mot. for Ext. File Brief Disp. | State Prosecuting Attorney |
| 📧 | 1/19/1999 | Brief Filed | State Prosecuting Attorney |
| 📧 | 1/19/1999 | Brief Filed | State |
| 📧 | 1/22/1999 | Motion for leave to file brief DISPOSED | State |
| 📧 | 3/9/1999 | Brief Filed | Appellant |
| 📧 | 3/12/1999 | Submission | |
| 📧 | 4/6/1999 | Oral argument requested | State Prosecuting Attorney |
| 📧 | 2/9/2000 | Higher Court Decision | State Prosecuting Attorney |
| 📧 | 2/9/2000 | Higher Court Decision | State |
| 📧 | 2/9/2000 | Opinion Issued | |
| 📧 | 3/6/2000 | Mandate Issued | |
| 📧 | 3/8/2000 | REMANDED FROM HIGHER COURT | |
| 📧 | 3/8/2000 | Record returned | |
| 📧 | 3/13/2000 3:00:00 AM | Letter sent to attorneys | Appellant |
| 📧 | 4/7/2000 | Mot. for Ext. to File Brief | Appellant |
| 📧 | 4/26/2000 | Motion to extend time to file rehearing disposed | Appellant |
| 📧 | 4/26/2000 | Extension of time to file Mo. for Rehear | Appellant |
| 📧 | 5/4/2000 | Mot. for Ext. File Brief Disp. | Appellant |
| 📧 | 5/5/2000 | Submitted | |
| 📧 | 11/27/2000 | Letter filed | Pro Se |
| 📧 | 1/11/2001 | Opinion Issued | |
| 📧 | 1/29/2001 | Miscellaneous Motion | Appellant |
| 📧 | 1/29/2001 | Motion for rehearing filed | Appellant |
| 📧 | 2/20/2001 | Letter filed | Pro Se |
| 📧 | 3/8/2001 | Motion for rehearing disposed | Appellant |
| 📧 | 3/8/2001 | Miscellaneous Motion Disposed | Appellant |
| 📧 | 3/16/2001 | Copy of Letter | Pro Se |
| 📧 | 4/30/2001 | Mandate Issued | |
| 📧 | 5/14/2001 | Mandate Recd Ct Crim App / Dt. Clk | District Clerk |
| 📧 | 9/14/2001 | Cite for opinions | |
| 📧 | 8/4/2004 | Form to request stored records | |
| 📧 | 8/4/2004 | Motion to Withdraw _____ Filed | Attorney General |
| 📧 | 8/26/2004 | CHECKOUT SHT FOR REQUESTED DOCUMENTS | |
| 📧 | 8/26/2004 | MOTION WITHDRAW _____ DISP. | Attorney General |
| 📧 | 8/26/2004 | Order Entered | |
| 📧 | 9/3/2004 | Green card in | Attorney General |



## Calendars:

|  | Set Date | Calendar Type | Reason Set |
|---|---|---|---|
| 🏠 | 4/30/2001 | Case Stored | Case Store |
| 🏠 | 10/1/2004 | Status | Check for compliance with Order |

**Hint:** Click on the folder icons above for more case information.

© 2004 State of Texas
Office of Court Administration
Privacy and Security Policy
Accessibility Policy

Home Page | Overview | Contact Information | Profile of Justices | Employment | Docketing Statements
Case Search | Opinion Search | Released Opinions | Historical Opinions | Case Submissions
Calendar Explorer | Edit User Info | Case Tracking | Opinion Tracking | Procedures & Rules
Appellate Procedure | Civil Procedure | Evidence | Judicial Administration | Parental Notification
Local Rules | Appellate Standards | Filing Fees | Search Texas Judiciary

