# EXHIBIT B

CLERK'S OFFICE

COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

I, TROY C. BENNETT, JR., Clerk of the Court of Criminal Appeals, do hererby certify that as part of my duties I have care and custody of the records of the Court. I have searched the records and have found that on September 4, 1998, the State's petition for discretionary review, number PD-1430-98, was filed in cause No. **13-97-00095-CR**, styled **Orlando Javier Perez**. Further, our records do not indicate that an Appellant's petition for discretionary review has been filed in this cause.

WITNESS my hand and seal of said court, at my office in Austin, Texas, this the 19th day of October, 2004, A.D.



Troy C. Bennett, Jr. Clerk

By: _____
Deputy Clerk