IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ORLANDO JAVIER PEREZ, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-04-114 |
| | § | |
| DOUG DRETKE, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| Respondent. | § | |

**ORDER GRANTING MOTION FOR SUMMARY JUDGMENT**

Respondent's Motion for Summary Judgment is hereby GRANTED, and the petition for writ of habeas corpus is DISMISSED WITH PREJUDICE.

It is so ORDERED.

SIGNED on this the _____ day of _____, 2004.

_____
PRESIDING JUDGE