| | | |
|---|---|---|
| **CHIEF JUSTICE**<br>  ROBERT J. SEERDEN<br>**JUSTICES**<br>  J. BONNER DORSEY<br>  FEDERICO G. HINOJOSA<br>  LINDA REYNA YAÑEZ<br>  MELCHOR CHAVEZ<br>  NELDA V. RODRIGUEZ<br>**CLERK**<br>  CATHY WILBORN | # Court of Appeals<br>### Thirteenth District of Texas<br><br>NUECES COUNTY COURTHOUSE<br>901 LEOPARD, 10TH FLOOR<br>CORPUS CHRISTI, TEXAS 78401<br>361-888-0416 (TEL)<br>361-888-0794 (FAX) | **RIO GRANDE VALLEY OFFICE**<br>  HIDALGO COUNTY<br>  ADMINISTRATION BLDG.<br>  100 E. CANO, 5TH FLOOR<br>  EDINBURG, TEXAS 78539<br>  956-318-2405 (TEL)<br>  956-318-2403 (FAX)<br>**CHIEF DEPUTY CLERK**<br>  MARY JANE DUARTE |

November 27, 2000

Orlando Perez
TDC # 756730
Williams P. Clements, Jr.
9601 Spur 591
Amarillo, TX 79107-9606

*[handwritten: Reply Exhibit #1]*

                                       Cause No. 13-97-00095-CR
                                       Tr.Ct.No. 96-CR-521-D
                                         Perez, Orlando Javier
                                         v.
                                         The State of Texas

Dear Mr. Perez:

      In response to your letter, please note that as of this date, no decision has been rendered in the above cause by this Court.

                                               Very truly yours,

                                               Cathy Wilborn, Clerk

CW:rgl