| | | |
|---|---|---|
| **CHIEF JUSTICE**<br>ROBERT J. SEERDEN<br><br>**JUSTICES**<br>J. BONNER DORSEY<br>FEDERICO G. HINOJOSA<br>LINDA REYNA YAÑEZ<br>MELCHOR CHAVEZ<br>NELDA V. RODRIGUEZ<br><br>**CLERK**<br>CATHY WILBORN<br><br>**CHIEF DEPUTY CLERK**<br>MARY JANE DUARTE | **Court of Appeals**<br>**Thirteenth District**<br><br>NUECES COUNTY COURTHOUSE<br>901 LEOPARD, 10TH FLOOR<br>CORPUS CHRISTI, TEXAS 78401<br>512-888-0416 (TEL)<br>512-888-0794 (FAX) | **RIO GRANDE VALLEY OFFICE**<br>HIDALGO COUNTY<br>ADMINISTRATION BLDG.<br>100 E. CANO, 5TH FLOOR<br>EDINBURG, TEXAS 78539<br>956-318-2405 (TEL)<br>956-318-2403 (FAX)<br><br>**DEPUTY CLERK**<br>ALMA R. FANN |

*Reply Exhibit #2*

July 16, 1998

TO ALL ATTORNEYS OF RECORD:

                RE:    Cause No. 13-97-095-CR
                      Tr.Ct.No. 96-CR-521-D
                      Orlando Javier Perez
                      v.
                      The State of Texas

Dear Attorneys:

    The judgment of the trial court in the above-referenced cause was this day REVERSED AND REMANDED by this Court.

    The opinions and judgment are enclosed.

                                            Very truly yours,

                                            Cathy Wilborn, Clerk

CW:pf
enc.
cc:    Hon. Larry Warner
       Hon. Yolanda De Leon
       103rd District Court
       Hon. Aurora De La Garza
       Hon. Darrell Hester

