

# LARRY WARNER

Attorney at Law
777 E. Harrison Street, 2nd Floor
(956) 542-4784       Brownsville, Texas 78520    FAX (956) 544-5234
E-MAIL: larry@larrywarner.com

July 24, 2001

Orlando Perez 756730
9601 SPUR 591
Amarillo, TX 79107

*Reply Exhibit #3*

Dear Mr. Perez

If you were convicted in state court and the appellate process is over, you must file an application for an 11.07 writ within one year of the final appellate decision in state court. If the Court of Appeals affirmed your conviction on direct appeal, you must take the matter to the Court of Criminal Appeals by Petition for Discretionary Review in order to protect your rights on a later federal Motion Attacking Sentence.

Once the state writ process is over, you have a year from the date of the final state appellate decision to file a Motion Attacking Sentence pursuant to 28 U.S.C. 2254 in the United States District Court in which the state trial court was located. All the time spent waiting to file the state writ counts against the year to file the federal writ. So, if you wait six months to file the state writ, when the state writ is over, you only have six months of the year left to file the federal writ. If the federal writ is not filed on time, it will be dismissed and no

BOARD CERTIFIED CRIMINAL LAW, TEXAS BOARD OF LEGAL SPECIALIZATION (1983); MEMBER, CRIMINAL LAW COMMISSION TEXAS BOARD OF LEGAL SPECIALIZATION (1988-91); MEMBER, HOUSE OF REPRESENTATIVES OF TEXAS (70TH & 71ST LEGISLATURES); FELLOW, COLLEGE OF THE STATE BAR OF TEXAS; MEMBER, ADMINISTRATION OF RULES OF EVIDENCE COMMITTEE, STATE BAR OF TEXAS (1998-2001).

relief will be granted. If you wait more that a year to file the state writ, you will not be able to get relief on a federal writ. There follows a general explanation of the writ process.

Sincerely,

Larry Warner, Attorney at Law

BOARD CERTIFIED CRIMINAL LAW, TEXAS BOARD OF LEGAL SPECIALIZATION (1983); MEMBER, CRIMINAL LAW COMMISSION TEXAS BOARD OF LEGAL SPECIALIZATION (1988-91); MEMBER, HOUSE OF REPRESENTATIVES OF TEXAS (70TH & 71ST LEGISLATURES); FELLOW, COLLEGE OF THE STATE BAR OF TEXAS; MEMBER, ADMINISTRATION OF RULES OF EVIDENCE COMMITTEE, STATE BAR OF TEXAS (1998-2001).