United States District Court
Southern District of Texas
FILED

NOV 1 2 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOURTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ORLANDO JAVIER PEREZ,          §
                Petitioner,     §
                                §
Vs.                             §        CIVIL ACTION NO. B-04-114
                                §
DOUG DRETKE,DIRECTOR OF         §
TDCJ-ID,                        §
                Respondent.     §
                                §

## MOTION FOR DISCOVERY

TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now, Petitioner Orlando J.Perez, hereinafter, Perez, filing the foregoing motion pursuant to Rules Governing Section 2254, Rule 6; Fed.R.Civ.Proc. Rule(s) 26(b)(1) & (d). Perez, will evince to the Honorable Court the following:

1.) On October 31,2004, Perez filed a reply to the Respondent's answer. The Respondent's attempting to time bar Perez pursuant to the Antiterrorism Effective Deapth Penalty Act.

2.) Perez, is requesting this court for discovery, in order to acquire the TDCJ-ID, William P. Clements Unit mail room log. To enable Perez to evince to the court that Perez not only filed the second state writ on November 13,2002, but that the Unit lost the first state writ that was filed by Perez. Further, the log document will evince to the court that Perez never received any notification by the appellate clerk concerning when the court denied the last appellant motion for rehearing in banc. That would also enable Perez, to seek review through petition for discretionary review. The log

will also show that counsel never informed Perez about the conclusion of the motion for rehearing en banc. This also impeding Perez ability to seek the review, that Perez is entitled to,according to state law."However, because Perez files such document, it does not mean that Perez will have the court address the claim. However, Perez had predetermine as layman tothe law what remedies would be exhausted if necessary. And certainly this court can infer that this thwarted Perez's ability to diligently pursue his claims.

3.) Perez, is also requesting this court to compel the Respondent to elicit the letters filed by Perez to the thirteenth court of appeals, in order to show the court that there was one state writ application lost, and that Perez notified the court of appeals clerk. This will enable the court,to also, toll the time for the lost state writ application.

4.) Perez request that the court compell appellate counsel Larry Warran to produce all documents that were mailed to him by Perez, after the January 1,2001 date. This court will be able to infer that Perez was diligent in attempting to try to acquire some information concerning the status of Perez's case.

5.) The Honorable court must acquire these documents that will coax the court in providing equatable tolling in the instant case.

SINCERELY SUBMITTED,

(pg.2 of Discovery)                    (O.Perez,2004)

Orlando J. Perez   #756730
Clements Unit
9601 Spur 591
Amarillo,TX 79107-9606


### CERTIFICATION

I, Orlando J.Perez, do hereby certify under penalty of perjury
that the foregoing motion for discovery is true and correct.
SIGNED ON THIS NOV.7,2004.

Orlando J.Perez #756730
Petitioner prose


### CERTIFICATE OF SERVICE

I, Orlando J.Perez, do hereby certify that a true and correct
copy of the foregoing motion for discovery has been mailed to
Ms.Elizabeth A. Goettert, Ass. Att. Gen., P.O. Box 12548, Austin
Texas 78711-2548 on Nov.7,2004.
SIGNED ON THIS NOVEMBER 7,2004.

Orlando J. Perez #756730
Prose


OR/or
CC:file.Respondent.


(pg.3 of Discovery)                    O.Perez,2004)