# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ORLANDO JAVIER PEREZ,<br>　　　Petitioner, | §<br>§<br>§ | |
| VS. | § | CIVIL ACTION NO. B-04-114 |
| | § | |
| DOUG DRETKE, Director,<br>Texas Department of Criminal Justice,<br>Correctional Institutions Division,<br>　　　Respondent. | §<br>§<br>§<br>§ | |

## ORDER DENYING MOTION FOR DISCOVERY

　　Before the Court is Petitioner, Orlando Javier Perez's Motion for Discovery (Docket No. 7). After reviewing the motion that has been filed and all other documents on file, the court orders that Petitioner's Motion be **DENIED**.

　　Done at Brownsville, Texas, this 16th day of November, 2004.

　　　　　　　　　　　　　　　　　　　　　　　_/s/ John Wm. Black_
　　　　　　　　　　　　　　　　　　　　　　　John Wm. Black
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge