# EXHIBIT A

IN THE COURT OF APPEALS FOR THE
13TH DISTRICT OF TEXAS

| | | |
|---|---|---|
| ORLANDO JAVIER PEREZ | § | CT.APP.# 13-97-095-CR |
| | § | |
| VS. | § | ON APPEAL FROM THE 103RD |
| | § | DISTRICT COURT OF |
| | § | CAMERON COUNTY, TEXAS |
| | § | |
| THE STATE OF TEXAS | § | TR.CT.# 96-CR-521-D |
| | | ON REMAND FROM TEX. CRIM. APP. |
| | | # 1430-98 |

## MOTION FOR REHEARING EN BANC

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Appellant moves the Court for a Rehearing En Banc by all the members of the Court as follows:

I.

The Opinion of the Court of Appeals deprives Appellant of due process of law as guaranteed by U.S.CONST. amend. XIV. The State's refusal to follow its own law constitutes a violation of a guaranty of Fourteenth Amendment due process. The opinion of the Court of Criminal Appeals disregarded the State's own Constitution forbidding the service of a felon on a jury. (TEX.CONST. art.XVI, §2). Even though the parties stipulated that a felon had served on the jury the Court of Criminal Appeals disregarded TEX.CONST. art.XVI, §2 of the State's own law in order to affirm the conviction.

If the state violated its own laws, Perez must show that the alleged violation of state law denied him due process under the

# EXHIBIT B

57,518-02
DAT

Court of Criminal Appeals Number:

Cause Number: **1996-CR-521-D**

# SUPPLEMENTAL

WRIT I

# CLERK'S RECORD

The State of Texas

vs.

**ORLANDO JAVIER PEREZ**

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 1 1 2004
Troy C. Bennett, Jr., Clerk

---

Mailed to the Court of Criminal Appeals on
**05/05/04**

Aurora De La Garza
Cameron County District Clerk

Laura G. Cisneros
Deputy Clerk

---

Filed in the Court of Criminal Appeals, at Austin, Texas
the     day of

Troy C. Bennett, Jr.
Clerk of Court of Criminal Appeals

---

Deputy



- TJ Online Home
- Using This Site
- Contacting Us

**WELCOME TO THE THIRTEENTH COURT OF APPEALS**

Case Search Results on Case # 13-97-00095-CR     CaseMail

## Case Information:

| | |
|---|---|
| Case Number: | 13-97-00095-CR |
| Date Filed: | 2/18/1997 |
| Style: | Perez, Orlando Javier |
| v.: | The State of Texas |
| Original Proceeding: | No |
| Transferred From: | |
| Transfer In Date: | |
| Transfer Case No: | |
| Transferred To: | |
| Transfer Out Date: | |

## Trial Court Information:

| | |
|---|---|
| Trial Court: | 103rd District Court |
| Trial Court Judge: | Judge Menton Murray Jr |
| Trial Court Case #: | 96-CR-521-D |
| Trial Court Reporter: | Saenz, Sue |
| Punishment: | 15 yrs TDC |

## Parties:

| Party | Party Type |
|---|---|
| Perez, Orlando Javier | Appellant |
| The State of Texas | Criminal - State of Texas |

## Case Events:

| Date | Event Type | Description |
|---|---|---|
| 2/18/1997 | Created for Data Conversion -- an event inserted to correspond to the beginning of a process | |
| 2/18/1997 | Notice of Appeal Filed | Appellant |
| 3/17/1997 | Transcript Filed | |
| 3/25/1997 | Mot-Ext. to File Stat of Facts | Appellant |
| 4/3/1997 | Mot for Ext Stat of Facts Disp | Appellant |
| 5/19/1997 | Statement of Facts Filed | |
| 5/19/1997 | Statement of Facts Number of Pages in Remarks | |

EXHIBIT D 19

| Date | Event | Party |
|---|---|---|
| 6/23/1997 | Mot. for Ext. to File Brief | Appellant |
| 7/3/1997 | Mot. for Ext. File Brief Disp. | Appellant |
| 8/26/1997 | 10 day letter sent | Appellant |
| 8/29/1997 | Mot. for Ext. to File Brief | Appellant |
| 9/4/1997 | Mot. for Ext. File Brief Disp. | Appellant |
| 10/27/1997 | Mot. for Ext. to File Brief | Appellant |
| 11/6/1997 | Order Entered | |
| 11/6/1997 | Mot. for Ext. File Brief Disp. | Appellant |
| 11/12/1997 | Green card in | Appellant |
| 11/18/1997 | Response to _____. | Appellant |
| 11/19/1997 | Additional copies of response | Appellant |
| 11/19/1997 | Brief Filed | Appellant |
| 11/19/1997 | Oral argument requested | Appellant |
| 11/19/1997 | At Issue | |
| 11/20/1997 | Additional Copies of Brief | Appellant |
| 12/2/1997 | Supplemental brief received | Appellant |
| 12/2/1997 | Supplemental Brief Filed | Appellant |
| 12/10/1997 | Motion for leave to file SUPP. BRIEF | Appellant |
| 12/15/1997 | Mot. for Ext. to File Brief | State |
| 12/18/1997 | Motion for leave to file Supp. Brief DISPOSED | Appellant |
| 12/30/1997 | Mot. for Ext. File Brief Disp. | State |
| 1/6/1998 | Submission | |
| 1/6/1998 | Entry of Judge Selection for Case. | |
| 1/20/1998 | Brief Filed | State |
| 1/20/1998 | No oral argument requested | State |
| 2/18/1998 | Submission | |
| 2/18/1998 | Submitted | |
| 2/18/1998 | Motion to Supplement | Appellant |
| 2/19/1998 | Motion to Supplement Disposed | Appellant |
| 3/4/1998 | Supplemental Statement of Facts Filed | |
| 3/4/1998 | Supplemental statement of pages filed | |
| 7/16/1998 | Opinion Issued | |
| 8/19/1998 | Petition for Review - CR - | State |
| 8/21/1998 | Letter filed | State |
| 8/25/1998 | Petition for Discretionary Review Filed | State |
| 8/26/1998 | Affidavit Filed | State |
| 9/2/1998 | Petition for Discretionary Review sent to S.Ct. | State |
| 9/4/1998 | Court of Crim. Appeals Number | State |
| 10/9/1998 | Cite for opinions | |
| 12/2/1998 | Higher Court Decision | State Prosecuting Attorney |
| 12/2/1998 | Higher Court Decision | State |
| 1/4/1999 | Mot. for Ext. File Brief Disp. | State Prosecuting Attorney |
| 1/19/1999 | Brief Filed | State Prosecuting Attorney |
| 1/19/1999 | Brief Filed | State |
| 1/22/1999 | Motion for leave to file brief DISPOSED | State |

20

| Date | Event | Party |
|---|---|---|
| 3/9/1999 | Brief Filed | Appellant |
| 3/12/1999 | Submission | |
| 4/6/1999 | Oral argument requested | State Prosecuting Attorney |
| 2/9/2000 | Opinion Issued | |
| 2/9/2000 | Higher Court Decision | State |
| 2/9/2000 | Higher Court Decision | State Prosecuting Attorney |
| 3/6/2000 | Mandate Issued | |
| 3/8/2000 | REMANDED FROM HIGHER COURT | |
| 3/8/2000 | Record returned | |
| 3/13/2000 | Letter sent to attorneys | Appellant |
| 4/7/2000 | Mot. for Ext. to File Brief | Appellant |
| 4/26/2000 | Extension of time to file Mo. for Rehear | Appellant |
| 4/26/2000 | Motion to extend time to file rehearing disposed | Appellant |
| 5/4/2000 | Mot. for Ext. File Brief Disp. | Appellant |
| 5/5/2000 | Submitted | |
| 11/27/2000 | Letter filed | Pro Se |
| 1/11/2001 | Opinion Issued | |
| → 1/29/2001 | Motion for rehearing filed | Appellant |
| 1/29/2001 | Miscellaneous Motion | Appellant |
| 2/20/2001 | Letter filed | Pro Se |
| → 3/8/2001 | Motion for rehearing disposed | Appellant |
| 3/8/2001 | Miscellaneous Motion Disposed | Appellant |
| 3/16/2001 | Copy of Letter | Pro Se |
| 4/30/2001 | Mandate Issued | |
| 5/14/2001 | Mandate Recd Ct Crim App / Dt. Clk | District Clerk |
| 9/14/2001 | Cite for opinions | |

## Calendars:

| Set Date | Calendar Type | Reason Set |
|---|---|---|
| 4/30/2001 | Case Stored | Case Store |



**Hint:** Click on the folder icons above for more case information.

Home Page | Overview | Contact Information | Profile of Justices | Employment | Docketing Statements
Case Search | Opinion Search | Released Opinions | Historical Opinions | Case Submissions
Calendar Explorer | Edit User Info | Case Tracking | Opinion Tracking | Procedures & Rules
Appellate Procedure | Civil Procedure | Evidence | Judicial Administration | Parental Notification
Rules | Filing Fees | Search Texas Judiciary

© 2002 State of Texas
Office of Court Administration
Privacy Policy

21