```
                                              United States District Court
                                              Southern District of Texas
                                                        FILED
    IN THE UNITED STATES DISTRICT COURT
    FOR THE SOUTHERN DISTRICT OF TEXAS         JAN 0 5 2005
    BROWNSVILLE DIVISION
                                              Michael N. Milby
                                               Clerk of Court
```

ORLANDO J. PEREZ,                §
    Petitioner,Appellant §       Fed.Dist.Ct.
                                 §       Civil No. B-04-114
VS.                              §
                                 §       Ct.App.No. _____
                                 §
DOUGLAS DRETKE,                  §
    Respondent/Appellee.     §

### MOTION FOR LEAVE TO PROCEED INFORMA PAUPERIS

Comes Now, Orlando J. Perez Petitioner/Appellant filing the foregoing Motion For Leave To Proceed IFP pursuant to Fed. R.App.Proc. Rule (a)(3).

Perez is requesting leave to proceed to the court of appeals through IFP as permitted in the instant district court. The instant appeal is taken in good faith.

Sincerely Submitted,

*Orlando Perez*

Orlando J. Perez 756730
Clements Unit
9601 Spur 591
Amarillo,TX 79107-9606
Dec.30,2004.

OR/or
CC: file,Respondent.