```
                                        United States District Court
                                         Southern District of Texas
                                                  FILED

    IN THE UNITED STATES DISTRICT COURT     JAN 0 5 2005
    FOR THE SOUTHERN DISTRICT OF TEXAS
    BROWNSVILLE DIVISION                    Michael N. Milby
                                             Clerk of Court
```

| | | |
|---|---|---|
| ORLANDO JAVIER PEREZ, | § | |
|     Petitioner, | § | Fed.Dist.Ct. |
| VS. | § | CIVIL NO. B-04-114 |
| | § | Appellate No. _____ |
| DOUGLAS DRETKE, | § | |
|     Respondent. | § | |

### NOTICE OF APPEAL

Notice is hereby given that Orlando J. Perez in the above named cause number, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the final Order dated December 22, 2004.

Sincerely Submitted,

*/s/ Orlando Perez*

Orlando J. Perez #756730
Clements Unit
9601 Spur 591
Amarillo, TX 79107-9606
SIGNED ON THIS DECEMBER 30, 2004




OR/or
CC: file, Respondent.

**See Attachment certification**

ATTACHMENT CERTIFICATION

I, Orlando J. Perez, the Petitioner herein do hereby declare under penalty of perjury that the Federal District Court for the Southern District of Texas Brownsville Division "Order" was received on December 28,2004, therefore, Perez, is filing persuant to Federal Rules of Appellate Procedure Rule 25(a)(2)(C) by placing the Notice of appeal on the High Security cell door, in which the officer will place at the mailbox on this December 30,2004. All the information in the notice of appeal is true and correct.

SIGNED ON THIS DECEMBER 30,2004.

*Orlando Perez*

Orlando J. Perez 756730
Clements Unit
9601 Spur 591
Amarillo,TX 79107-9606
DATE: 12-30-04

OR/or
CC: file,Respondent.