United States District Court
Southern District of Texas
FILED

JAN 1 0 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

| | | |
|---|---|---|
| ORLANDO JAVIER PEREZ | § | |
| | § | |
| VS. | § | CIVIL NO. B-04-114 |
| | § | |
| DOUGLAS DRETKE | § | |

## ORDER

Pending is Petitioner's Motion for Reconsideration. *Docket No. 11.* After reviewing said motion and all other documents on file, the court orders that Petitioner's motion be **DENIED**.

Signed this 10th day of January, 2005.

Andrew S. Hanen
United States District Judge