IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

United States District Court
Southern District of Texas
ENTERED

JAN 1 4 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ORLANDO JAVIER PEREZ | § | |
| | § | |
| VS. | § | CIVIL NO. B-04-114 |
| | § | |
| DOUGLAS DRETKE | § | |

## ORDER

Petitioner has filed a motion for leave to proceed to the Court of Appeals in Forma Pauperis. *Docket No. 12*. After reviewing said motion and all other documents on file, Petitioner's motion is hereby **GRANTED**.

Signed this 14th day of January, 2005.

Andrew S. Hanen
United States District Judge