UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
600 E. HARRISON ST., #101
Brownsville, Texas 78520

MICHAEL N. MILBY, Clerk

United States District Court
Southern District of Texas
FILED

JAN 2 0 2005

Michael N. Milby
Clerk of Court

January 20, 2005

Mr. Charles R. Fulbruge, III, Clerk
U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102
New Orleans, Louisiana 70130

Re: Orlando Javier Perez

VS  Douglas Drekte

CA: B-04-114

Dear Sir:

<u>In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the</u> enclosed copy of this letter.

[X] Certified copy of the notice of appeal and docket entries.

[ ] Certified copy of the notice of cross-appeal and docket entries.

[ ] Record of appeal consisting of __Volume(s) of the record; ___Volume(s) of the transcript;

[ ] Other:

In regard to the notice of appeal, the following information is furnished:

[ ] The Court of Appeals docket fee ____ HAS/___X___HAS NOT been paid.

[X] This case is proceeding in **forma pauperis**.

[ ] Although the Court of Appeals docket fee was not paid at the time the notice of appeal was filed, it was PAID ON:

[X] U.S. District Judge entering final order is __ANDREW S. HANEN__

[ ] Court reporter assigned to this case is____

[X] This case was decided without a hearing, and, therefore, there will be no transcript.

Very Truly Yours,

MICHAEL N. MILBY, CLERK

BY: _Bertha Vasquez_
Bertha A. Vasquez, Deputy Clerk

cc: Orlando Javier Perez
    Elizabeth Goettert
    S. Michael Bozarth
    File