Orlando J.Perez #756730
William P.Clements,Jr.
9601 Spur 591
Amarillo,Tx 79107-9606

Ms.Aurora De La Garza
Cameron County District Clerk
974 E.Harrison St.
Brownsville,Tx 78520

Date: 11-02-2002

RE: EX PARTE PEREZ, TRIAL CAUSE NO.[illegible]-CR-[illegible]-B

Dear Honorable Clerk,

Ms.De La Garza:

Please find enclosed, Two(2)the original and a copy of the:

1): The Applicant's Habeas Corpus with supporting Memorandum. pursuant to Tex.C.C.P.Art.11.07,Sec.3(b)[Total 31 pages] with attached Affidavit[Total 2 pages]. Coupled is a copy of the previous Writ Filed as an Exhibit.

To be "Filed" in Accordance with the Fed.R.civ.P.Rule 5(e) and Forward to me a copy of the Legal Documents Indicating the Date of "Recieved and Filed".

Warning: It is a Federal Felonious Criminal offense if the Clerk

> Willfully refuses or neglects to make or forward any Report, Certificate, Statement, or Documents as Required by Law[the Clerk]shall be fined under the title(18 U.S.C. §2076)or Imprisoned no more than one year or both.

Please serve the District Attorney Representing the State. Pursuant to Tex.C.C.P.,art.11.07,Sec.3(b).

I do appreciate your cooperation in this matter.
Respectfully Submitted,

[signature]
Orlando Perez #756730
Applicant pro-se
(w/offender's acct.)

Exhibit

A

[illegible]/[illegible]
CC: file,CR,family,D.A.

STATE OF TEXAS)
POTTER COUNTY )

## AFFIDAVIT IN EX PARTE ORLANDO J.PEREZ, APPLICANT

I,Orlando J.Perez Desposes and states the following: Orlando J. Perez is over Eighteen years of Age of sound minded and capable of making this Affidavit and personally Acquainted with the Fact as set-Forth:

---

This Memorandum and 11.07 is the second Writ filed in this cause Applicant Forward the First on April 15,2002, Placing nine(9) Stamps and submitting it in the Mailbox for indigent, Requesting that if not Ample stamps to please place the stamps required(see attached copy of writ and attached I-60, Dated April 15,2002); Applicant has attempt to meet the (AEDPA) deadline, However that was Thwarted by the system loosing my first writ, Whether it was the (TDCJ) system that lost my writ or the Postal Service Applicant has yet to find out.

The purpose of this Affidavit is for this Court as well as other Remedies still available is fully aware that I am not attempting to delay on my Filing.

I have submitted all my Exhibits in the First writ.

---

---

I,Orlando J.Perez Declare under penalty of perjury that the Foregoing is True and Correct to the Best of my Knowledge. Title 18 U.S.C.A.§1621. 28 U.S.C.A.§1746.

Executed the 2 Day of November. 2002

Orlando J.Perez#756720
William P.Clements,Jr.
9601 Spur 591
Amarillo,Tx 79107

signature

Therefore, I have no Exhibits However, several were Filed with the Clerk. And I have And had every Intention of Exhausting every Remedy available if deemed necessary.

I am submitting a copy of the First writ for this Court to view that I did certify the date of the date of the writ being Forward to the Court. I have no Control over the Mail System here or out in the Free world.

I, Orlando J.Perez, Do hereby certify that a True and correct copy of the above Foregoing Writ of Habeas Corpus were placed in the Custody and Possession of the prison Mail room Officials Pursuant to the Federal Law "MailBox-Rule",[1] with postage prepaid on this the 15 Day of April 2002, Addressed to:

Clerk

Aurora De La Garza

Cameron County District Clerk

974 E.Harrison St.

Brownsville,Tx 78520

---

[1]. see: Cooper v Brookshire, 70 F.3d 377,380 n.8(citing Houston v Lack, 479 U.S. at 270, 108 S.Ct. at 2385) In 1993, After the Houston Opinion was handed down, Fed.R.App.P.Rule 4 was Amended to adopt the mailbox rule for all prisoners notice of Appeal. Rule 4(c)now reads,"If any inmate confined in a institution file a notice or Appeal in either a civil case or a criminal case, the notice of Appeal is timely filed if it is Deposited in the institution's internal mail system on or before the last day for filing".Fed. R.App.p.4(c)(5th Cir.1995).

**SUBJECT:** *State briefly the problem on which you desire assistance.* CC: file 4/19/02

Please place additional stamps i have placed [illegible] that all i have at this time could you take the other out of my [illegible] so that I may send this [illegible] [illegible]. I do not even know the weight.

I [illegible] more stamps [illegible] I have at this time!

Thanks.

[illegible]

Name: [illegible] No: 756730 Unit: Bill Clements

Living Quarters: [illegible]-123 Work Assignment:

**DISPOSITION:** (Inmate will not write in this space)

[illegible]

I-60 (Rev. 11-90)

July 30 2002

RE: Orlando Perez
# 756730
9601 Spur 591
Amarillo, Tx
79107

TO: District clerk
Mrs. Aurora De la Garza
Cameron county
974 E. Harrison Street
Brownsville, Tx 78520

Dear Honorable clerk.
On the Date April 15 2002. I sent your office a Habeas Corpus under the Article 11.07 and a memorandum of law in support.
To the Date July 30 2002 I have no notice of "Recieved" and "Filed" As required by law: within (14) days from the date above if A Breach of Duty is so imposed on your Behalf: On the (15th) Day I shall present A Affidavit criminal law violation of Federal law against you. Pursuant to the Title 18 U.S.C.S 2076 which Read in pertinent part. whoever being a clerk of a District court... willfully refuses or neglects to make or forward any Report, Certificate statement or Document As required by law shall be fined under this title or imprisoned not more than one year or Both.

with the United States Attorneys Office for Process. See: Fed. R. Civ. P. Rule 79(a).

Thank you for your time and kind assistance.

Sincerely,
Orlando J. Perez
# 756730
7-30-02

OR/or
cc: file, family

Oscar Ruiz 766772
William P.Clements,Jr.
9601 Spur 591
Amarillo,TX 79107-9606
Sept~~August~~ 24,2002

Ms.S.Whatley,Librarian
EC-37,Law Library
9601 Spur 591
Amarillo,TX 79107-9606

RE: LEGAL VISIT WITH ORLANDO PEREZ # 756730

Dear Ms.Whatley:

I am requesting an urgent legal visit with offender Perez cited above! The purpose of the visit is to enable us to determine what exactly went wrong with our filing the State writ of habeas curpos. We have been notified that it has not reached its destilnation.

In my files it evincing that the writ was forward to your department and requested to place additional postage if needed, which the offender had placed nine stamps. And was not able to place more. The date citing April 15,2002. The copy of the writ also evincing the date of April 15,2002. The certificate of service also evincing the placement in indigient box.

Perez's mother has informed me that the distirict attorney Aurora De La Garza, has not received any document concerning my writ, why I have no idea! But have yet to find out.

Please permit me and Perez to have the urgent visit, in the interest of justice. We may have to take other ~~mim~~ action if deemed necessary. This request should still be in your file. Please provide me with feedback promptly!

Thank you for the cooperation in this matter, the most important issue is that the AEDPA date has passed,and that is our main concern at this time. And taking what ever action ~~xxxxxxx~~ is necessary!

Sincerely,

Oscar Ruiz 766772
DATE: 9-24-02

OR/or
CC: file,Perez,H.Brewer.

Orlando Perez #756730
William P.Clements,Jr.-
9601 Spur 591
Amarillo,Texas 79107

District Clerk
Mrs.Aurora de la Garza
Cameron County
974 E.Harrison Street
Brownsville,Tx. 78520

Dated: 9/26/02

Dear Honorable Clerk,

Madam,with all due respect I am in Great need of your cooperation at this current time. I am requesting if you would please help me in a Query as to what happened to my 11.07 writ. I mailed this writ Via through the indigent mail of W.P.Clements Unit (law library) on March 15,2002. As I did'nt recieve no notice of recieved and filed from your office or Crim.Court of App., I asked my Family to contact your office which they did on September 16 & 17,2002. They spoke to a Mary in your Dept.,They were told that there was nothing filed under my name,thats what the computer showed. Im trying to find out what happened to it or where is it!

I spoke to an officer who is employed in the Law Library and he mention to try and get your help,which i'm doing. Is it possible for you to get in touch with Ms.Jowers from the mail room Dept.in this unit and see if she can cooperate and check if in-deed it was mailed out and or what day.

I would really Appreciate your Assistance in this matter, And may the Lord Bless you and your love one's....

Thank you,

Orlando Perez

Orlando J.Perez 756730
William P.Clements,jr.
9601 Spur 591
Amarillo,TX 79107-9606
Sept.24,2002

Aurora De La Garza
Cameron County District Clerk
974 E. Harrison St.
Brownsville,TX 78520

RE: LOST EX PARTE PEREZ, APPLICATION FOR WRIT OF HABEAS CORPUS

Dear De La Garza:

I have recently been informed that you have not received my State application for writ of habeas corpus dated April 15,2002. My family has called to the district clerks office, in which a female named Marry informed my family that you have nothing on file, concerning my state writ.

Ms.De La Garza, on July 30,2002, I forward a correspondence to your office and still did not want to reply. Could you please call to this unit and find out what exactly happened to my writ,and if so was it actually forward out of the unit. I would really appreciate the assistance, had you replied in a prompt manner this could have been cured soon. I do have copies of my writ(with cover letter).

This has really tainted my appeal in the federal court's,i.e., the AEDPA. I can't fathom why you did not receive the writ, is the system really that sordid?

I will await patiently for your reply!
Gracias, Sinceramente,

Orlando J. Perez

Orlando Perez #766772
DATE: 9-24-02

OR/or
CC: file,OR,Family,H.Brewer.

Orlando J. Perez 756730
Clements Unit
9601 Spur 591
Amarillo,TX 79107-9606

Hon.Micheal Milby,Clerk
United States Dist.Ct
**Southern Dist. of Texas**
Brownsville Division
**600** E. Harrison St., Room 101
Brownsville,Tx 78520