United States District Court
Southern District of Texas
ENTERED

MAR 10 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

| | | |
|---|---|---|
| ORLANDO JAVIER PEREZ | § | |
| | § | |
| VS. | § | CIVIL NO. B-04-114 |
| | § | |
| DOUGLAS DRETKE | § | |

## ORDER

On February 14, 2005, the Honorable Magistrate Judge John William Black filed a Report and Recommendation (Docket No. 18) recommending that this Court deny Petitioner's Application for a Certificate of Appealability (Docket No. 17). Petitioner has objected to said report and recommendation (Docket No. 20). Having reviewed the magistrate judge's report and recommendation, Petitioner's objections, and all other documents on file, the Court hereby adopts said report and recommendation. Petitioner's Application for a Certificate of Appealability (Docket No. 17) is hereby **DENIED**.

Signed this 10th day of March, 2005.

Andrew S. Hanen
United States District Judge