**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
600 E. HARRISON ST., #101
Brownsville, Texas 78520

MICHAEL N. MILBY, Clerk

March 15, 2005

Mr. Charles R. Fulbruge, III, Clerk　　　　Re: Orlando Javier Perez
U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102　　　　　　　 Vs. Douglas Dretke
New Orleans, Louisiana 70130

　　　　　　　　　　　　　　　　　　　　　　CA B-04-114

Dear Sir:

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

[ ] Certified copy of the notice of appeal and docket entries.

[ ] Certified copy of the notice of cross-appeal and docket entries.

[X] Record of appeal consisting of __1__ Volume(s) of the record; __0__ Volume(s) of the transcript; and __2__ Volume(s) of State Records.

[ ] Other:_____

In regard to the notice of appeal, the following information is furnished:

[ ] The Court of Appeals docket fee ____ HAS/ __x__ HAS NOT been paid.

[X] This case is proceeding in **forma pauperis**.

[X] Although the Court of Appeals docket fee was not paid at the time the notice of appeal was filed, it was PAID ON:_____

[X] U.S. District Judge entering final order is __ANDREW S. HANEN__

[ ] Court reporter assigned to this case is_____

[x] This case was decided without a hearing, and, therefore, there will be no transcript.

　　　　　　　　　　　　　　　　　　Very Truly Yours,

　　　　　　　　　　　　　　　　　　MICHAEL N. MILBY, CLERK

　　　　　　　　　　　　　　　　　　BY: *Bertha Vasquez*
　　　　　　　　　　　　　　　　　　　　Bertha A. Vasquez, Deputy Clerk

cc: Orlando Javier Perez
　　Elizaberth A Goettert
　　S Michael Bozarth

　　File