APPEAL, MAG

## U.S. District Court
### Southern District of Texas (Brownsville)
### CIVIL DOCKET FOR CASE #: 1:04-cv-00114
### Internal Use Only

Orlando Javier Perez v. Douglas Drekte
Assigned to: Judge Andrew S. Hanen
Referred to: Magistrate Judge John William Black
Demand: $0
Case in other court: Northern District, 2:04cv00140
Cause: 28:2241 Petition for Writ of Habeas Corpus (federa

Date Filed: 07/06/2004
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: U.S. Government Defendant

**Petitioner**

**Orlando Javier Perez**     represented by **Orlando Javier Perez**
TDCJ No. 756730
Clements Unit
9601 Spur 591
Amarillo, TX 79107-9606
PRO SE

V.

**Respondent**

**Douglas Drekte, Director TDCJ-CID**     represented by **Elizabeth A Goettert**
Attorney Generals Off
PO Box 12548
Austin, TX 78711
512-936-1400
Email: elizabeth.goettert@oag.state.tx.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**S Michael Bozarth**
Office of Attorney General
Capitol Station
PO Box 12548
Austin, TX 78711-2548
512-936-1400
Fax: 512-936-1280 fax
Email: mike.bozarth@oag.state.tx.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|

Case 1:04-cv-00114   Document 23-2   Filed on 03/15/2005 in TXSD   Page 2 of 3

| 07/06/2004 | 1 | PETITION for writ of habeas corpus; filed (dahumada) (Entered: 07/06/2004) |
|---|---|---|
| 07/06/2004 | | CASE REFERRED to Magistrate Judge John W. Black (dahumada) (Entered: 07/06/2004) |
| 07/09/2004 | 2 | Application for Leave to Proceed IFP by petitioner Orlando Javier Perez received on 07/09/04 along with the Original Complaint, entered. Application for IFP ( signed by Magistrate Judge John W. Black ) (the Northern District of Texas recieved this document and fowarded to our office) (dahumada) (Entered: 07/12/2004) |
| 07/12/2004 | 3 | ORDER granting [2-1] application for ifp , entered; Parties notified. ( signed by Magistrate Judge John W. Black ) (dahumada) (Entered: 07/12/2004) |
| 10/20/2004 | 4 | MOTION for Summary Judgment by Douglas Drekte, Director TDCJ-CID, filed. Motion Docket Date 11/9/2004. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Proposed Order)(rpinales, ) (Entered: 10/20/2004) |
| 10/21/2004 | | STATE COURT RECORDS consisting of two volumes received on October 21, 2004, filed.(rpinales, ) (Entered: 11/03/2004) |
| 11/04/2004 | 5 | REPORT AND RECOMMENDATIONS re 4 MOTION for Summary Judgment, 1 Petition for Writ of Habeas Corpus Objections to R&R due by 11/14/2004.( Signed by Judge John William Black ) Parties notified. (rpinales, ) (Entered: 11/04/2004) |
| 11/08/2004 | 6 | PETITIONER PEREZ'S Reply to RESPONDENT'S MOTION FOR SUMMARY JUDGEMENT 4 MOTION for Summary Judgment filed by Orlando Javier Perez. (Attachments: # 1Exhibit 1;# 2Exhibit 2;# 3Exhibit 3)(bvasquez, ) (Entered: 11/09/2004) |
| 11/12/2004 | 7 | MOTION for Discovery by Orlando Javier Perez, filed. Motion Docket Date 12/2/2004. (bvasquez, ) (Entered: 11/15/2004) |
| 11/16/2004 | 8 | ORDER denying 7 Motion for Discovery.( Signed by Judge John William Black ) Parties notified.(rpinales, ) (Entered: 11/16/2004) |
| 11/17/2004 | 9 | OBJECTIONS to Magistrate Judge's 5 Report and Recommendations filed by Orlando Javier Perez. (rpinales, ) (Entered: 11/18/2004) |
| 12/22/2004 | 10 | ORDER [5 Report and Recommendations are adopted.4 MOTION for Summary Judgment is granted 1] Petition for Writ of Habeas Corpus,is denied9 Objections to Report and Recommendations,is denied This matter is dismissed with prejudice.( Signed by Judge Andrew S. Hanen ) (Attachments: # 1 Exhibit) Parties notified.(rpinales, ) (Entered: 12/22/2004) |
| 01/05/2005 | 11 | MOTION for Reconsideration by Orlando Javier Perez, filed. Motion Docket Date 1/25/2005. (rpinales, ) (Entered: 01/05/2005) |
| 01/05/2005 | 12 | MOTION/APPLICATION for Leave to Proceed in forma pauperis by Orlando Javier Perez, filed. Motion Docket Date 1/25/2005. (rpinales, ) |

| | | |
|---|---|---|
| | | (Entered: 01/05/2005) |
| 01/05/2005 | 13 | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit re 10 Order, by Orlando Javier Perez. Filing fee $ 255, filed.(bvasquez, ) (Entered: 01/10/2005) |
| 01/10/2005 | 14 | ORDER denying 11 Motion for Reconsideration .( Signed by Judge Andrew S. Hanen ) Parties notified.(rpinales, ) (Entered: 01/11/2005) |
| 01/14/2005 | 15 | ORDER granting 12 Motion for Leave to Proceed in forma pauperis . ( Signed by Judge Andrew S. Hanen ) Parties notified.(bvasquez, ) (Entered: 01/14/2005) |
| 01/20/2005 | | ***Party Fifth Circuit Court of Appeals added. (bvasquez, ) (Entered: 01/20/2005) |
| 01/20/2005 | 16 | Transmittal Letter to US Court of Appeals for the Fifth Circuit re 13 Notice of Appeal. Fee status: proceeding in forma pauperis, filed. (bvasquez, ) (Entered: 01/20/2005) |
| 02/01/2005 | 17 | PETITION for Certificate of Appealability (COA) by Orlando Javier Perez, filed. Motion Docket Date 2/22/2005. (Attachments: # 1 Exhibit A)(bvasquez, ) (Entered: 02/01/2005) |
| 02/14/2005 | 18 | REPORT AND RECOMMENDATIONS re 17 MOTION for Certificate of Appealability Objections to R&R due by 3/1/2005.( Signed by Judge John William Black ) Parties notified.(rpinales, ) (Entered: 02/14/2005) |
| 02/17/2005 | 19 | Notice of Docketing Notice of Appeal from US Court of Appeals for the Fifth Circuit re: 13 Notice of Appeal. USCA No. 05-40081, filed. (rpinales, ) (Entered: 02/17/2005) |
| 03/01/2005 | 20 | OBJECTIONS to Magistrate Judges 18 Report and Recommendations filed by Orlando Javier Perez. (rpinales, ) (Entered: 03/02/2005) |
| 03/10/2005 | 21 | ORDER denying 17 Motion for Certificate of Appealability. Having reviewed the magistrate judge's report and recommendation, Petitioner's objections, and all other documents on file, the Court hereby adopts said report and recommendation. Petitioner's Application for a Certificate of Appealability (Docket No.17) is hereby DENIED. .( Signed by Judge Andrew S. Hanen ) Parties notified.(bvasquez, ) (Entered: 03/10/2005) |