United States District Court
Southern District of Texas
FILED

MAR 3 0 2005

Michael N. Milby
Clerk of Court

---

**SENDER** (COMPLETE THIS SECTION)

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr .Orlando Javier Perez
TDCJ. No. 756730
Clements Unit
9601 Spur 591
Amarillo, TX 79107-9606

CA B-04-114 (Appeal Record)
3/15/05

A. Received by (Please Print Clearly): Orlando Perez
B. Date of Delivery: 3-22-05
C. Signature: X _Orlando_  ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☒ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 1010 0003 6967 5871

PS Form 3811, March 2001    Domestic Return Receipt    102595-01-M-1424