United States District Court
Southern District of Texas
FILED

APR 13 2006

Michael N. Milby, Clerk of Court

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

NOTICE: The clerk's office is moving permanently to 600 S. Maestri Place, New Orleans, LA 70130 on **April 24, 2006**. All correspondence expected to arrive at the court on or after April 24, 2006 must be sent to this address.

April 11, 2006

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

    No. 05-40081 Perez v. Dretke
    USDC No. 1:04-CV-114

Enclosed is a certified copy of the judgment issued as the mandate.

Record/original papers/exhibits are returned:

( 1 ) Volume    ( 1 ) Box

    Sincerely,

    CHARLES R. FULBRUGE III, Clerk

    By: _____
    James deMontluzin, Deputy Clerk
    504-310-7679

cc: w/encl:
    Mr Orlando Javier Perez
    Ms Elizabeth A Goettert

MDT-1