United States District Court
Southern District of Texas
FILED

NOV 0 8 2006

Michael N. Milby
Clerk of Court

U.S. COURT OF APPEALS
RECEIVED
NOV 0 3 2006
NEW ORLEANS, LA.

U.S. COURT OF APPEALS
**FILED**
NOV 0 7 2006
CHARLES R. FULBRUGE III
CLERK

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

October 30, 2006

United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: Orlando Javier Perez
v. Nathaniel Quarterman, Director, Texas Department of
Criminal Justice, Correctional Institutions Division
No. 06-6042
(Your No. 05-40081)

B-04-CV-114

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

William K. Suter, Clerk

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

November 7, 2006

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

    No. 05-40081 Perez v. Dretke
    USDC No. 1:04-CV-114

Enclosed is a copy of the Supreme Court order denying certiorari.

    Sincerely,

    CHARLES R. FULBRUGE III, Clerk

By: *Charlene A. Vogelaar*
    Charlene Vogelaar, Deputy Clerk
    504-310-7648

MDT-1



| | | |
|---|---|---|
| "USCA5 Case Processing" <USCA5_CaseProcessing@ca5.uscourts.gov> 11/07/2006 06:01 PM  Please respond to "USCA5 Case Processing" <USCA5_CaseProcessing@ca5.uscourts.gov> | To | "Michael Milby" <Butch_Barbosa@txs.uscourts.gov> |
| | cc | |
| | bcc | |
| | Subject | Activity in case 05-40081 Perez v. Dretke, Spct order dn cert received |

United States Court of Appeals, 5th Circuit

Notice of case processing

The following entry was docketed:

Case number: 05-40081
Case name: Perez v. Dretke
Lower court: 1:04-CV-114

Docket text:
11/07/06 Supreme Court order received denying petition certiorari [5537746-1] by Appellant Orlando Javier Perez on 10/30/06. [05-40081]

See attached documents.

5598038.pdf    mdt1form.rtf.wpd.pdf