*B04CV117*

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States District Court
Southern District of Texas
FILED

AUG 2 2 2007

Michael N. Milby
Clerk of Court

U. S. COURT OF APPEALS
RECEIVED
AUG 1 4 2007
NEW ORLEANS, LA.

FILED

AUG 1 4 2007

CHARLES R. FULBRUGE III
CLERK

No. 05-41719

JUVENAL ESPARZA RICO; ARCELIA CONTRERAS ORTEGA, Individually as
the sole surviving heirs of the Estate of their son, Omar Esparza
Contreras; MARIA INES MUNOZ BRIONES, Individually as next friend
of her minor children, Ingri Marvella Reyes Munoz and Clarisa
Yajaira Reyes Munoz, and as a surviving heir of the Estate of her
husband, Juan Enr; JUAN ANTONIO REYES AGUILAR, Individually;
IRENE GODINEZ CARDONA, Individually as next friend of her minor
son, Roberto Esparza Godinez, and as surviving heir of the Estate
of her husband, Roberto Esparza Godinez, and as a surviving heir;
CLEMENTINA SANCHEZ, Individually; EVA CRISTINA SANCHEZ SIERRA,
Individually as next friend of her minor children, Karla Lizeth
Amador Sanchez, Nancy Marisol Amador Sanchez, and Francis
Estefania Amador Sanchez, and as a surviving heir; MANUAL DOBLADO
AVILA, Individually; DELMIRA SOLER DOBLADO, Individually as next
friend of her minor children, Nelis Avila Soler, Ever Avila
Soler, and Elmer Roberto Avila Soler, and as a surviving heir of
the Estate of her husband, Isidro Avila Bueso; LUDIS YESENIA
SOLER, Individually; OBDULIA FERRUFINO BURGOS, Individually as
next friend of her minor grandchildren, Jonathan Joel Gutierrez
Ferrufino, Lely Ampao Canales Ferrufino, Ivy Roxana Canales
Ferrufino, and Oscar Alfredo Ferrufino; ROSA DELIA HERNANDEZ DE
ARDON, Individually as next friend of her minor children, Harold
Mauricio Ardon Hernandez, Marelyn Ivette Ardon Hernandez, and as
a surviving heir of the Estate of her husband; SIXTO ACEVEDO;
MARIA EMILIA PEREZ, Individually and as the sole surviving heirs
of the Estate of their son, Byron Adner Acevedo Perez

Plaintiffs-Appellants,

v.

ARNULFO FLORES, JR.; NORMA ARRIAGA TREVINO, also known as Norma
Bocanegra; UNION PACIFIC; AT&L RAILROAD COMPANY, INC; ARCHER
DANIELS MIDLAND CO.

Defendants-Appellees.

A true copy
Attest:

Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
Deputy
New Orleans, Louisiana    8/14/07

Appeal from the United States District Court
for the Southern District of Texas
No. 1:04-CV-117

PER CURIAM:

The Court having been polled at the request of one of the members of the court and a majority of the judges who are in regular active service and not disqualified not having voted in favor, the request for rehearing en banc is DENIED.

ENTERED FOR THE COURT:

United States Circuit Judge

-2-

# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

August 15, 2007

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 05-41719 Rico v. Flores
   USDC No. 1:04-CV-117

United States District Court
Southern District of Texas
FILED

AUG 2 2 2007

Michael N. Milby
Clerk of Court

Enclosed is an order entered in this case.

    Sincerely,

    CHARLES R. FULBRUGE III, Clerk

    By: _____
      Debbie Kranz, Deputy Clerk
      504-310-7698

Mr Adrian Rafael Martinez
Mr Arnulfo Flores Jr
Mr Neil Ernest Norquest
Mr Michael N Milby, Clerk

MOT-2